Richard D. McCune, CA Bar No. 132124
rdm@mccunewright.com
Steven A. Haskins, CA Bar No. 238865
sah@mccunewright.com
Valerie Savran, CA Bar No. 334190
vls@mccunewright.com
Richard A. Nervig, CA Bar No. 226449
ran@mccunewright.com
**MCCUNE LAW GROUP, APC**
3281 E. Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:   (909) 557-1275

Emily J. Kirk, IL Bar No. 6275282*
ejk@mccunewright.com
**MCCUNE LAW GROUP, APC**
231 N. Main Street, Suite 20
Edwardsville, IL 62025
Telephone:  (618) 307-6116
Facsimile:   (618) 307-6161
* Admitted Pro Hac Vice

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRIA MOSELY, REJOYCE KEMP, BERENICE CISNEROS, BRUCE PARKER, individually,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & CO., WELLS FARGO BANK, N.A., and DOES 1 through 5,<br><br>Defendants. | Case No. 3:22-cv-01976-DMS-AGS<br><br>Hon. Dana M. Sabraw<br><br>**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**[Filed concurrently with Memorandum Points and Authorities; Declaration of Richard D. McCune; Exhibits; and Proposed Order]**<br><br>Hearing Date: February 10, 2023<br>Time: 1:30 p.m.<br>Courtroom: 13A<br><br>Complaint Filed: 12/13/2022 |

-1-

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, on February 10, 2023 at 1:30 p.m., in Courtroom 13A of the above-mentioned courthouse located at 333 West Broadway, San Diego, CA 92101, Plaintiffs Alexandria Mosley,[1] Rejoyce Kemp, Berenice Cisneros, and Bruce Parker ("Plaintiffs"), will and hereby do move this Court, pursuant to Local Rule 7.1 and Federal Rule of Civil Procedure 65, for the issuance of a preliminary injunction on the First Cause of Action of Plaintiffs' Complaint (Dkt. No. 1). Specifically, Plaintiffs seek a preliminary injunction enjoining enforcement of Arbitrator Shapiro's October 27, 2022 Order (the "October 2022 Order" or "Order") described in the Complaint, which blocks Plaintiffs from obtaining the arbitration they were promised in their contractual agreement with Wells Fargo.

In the alternative, Plaintiffs request that this Court stay arbitration altogether, pending a hearing on the merits to decide if Defendants (collectively, "Wells Fargo" or "Defendants") have violated their agreement with Plaintiffs.

This Motion is based on this Notice of Motion, the concurrently filed Memorandum of Points and Authorities, the Declaration of Richard D. McCune in support thereof and accompanying exhibits, the pleadings and papers on file in this matter, and such other evidence as the Court may consider at the hearing.

Dated: January 10, 2023                    Respectfully Submitted,

*/s/ Richard D. McCune*
Richard D. McCune, CA Bar No. 132124
rdm@mccunewright.com
Steven A. Haskins, CA Bar No. 238865
sah@mccunewright.com
Valerie Savran, CA Bar No. 334190
vls@mccunewright.com
Richard A. Nervig, CA Bar No. 226449
ran@mccunewright.com

---

[1] Identified in error as Alexandria Mosely in the Complaint.

| | |
|---|---|
| 1 | |
| 2 | **MCCUNE LAW GROUP, APC**<br>3281 E. Guasti Road, Suite 100<br>Ontario, California 91761<br>Telephone: (909) 557-1250<br>Facsimile: (909) 557-1275 |
| 3 | |
| 4 | Emily J. Kirk, IL Bar No. 6275282*<br>ejk@mccunewright.com<br>**MCCUNE LAW GROUP, APC**<br>231 N. Main Street, Suite 20<br>Edwardsville, IL 62025<br>Telephone: (618) 307-6116<br>Facsimile: (618) 307-6161<br>* Admitted *Pro Hac Vice* |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Attorneys for Plaintiffs |

Notice of Motion and Plaintiffs' Motion For Preliminary Injunction
Case No. 3:22-cv-01976-DMS-AGS

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing document to be filed on January 10, 2023, with the Clerk of the Court for the United States District Court for the Southern District of California using the Court's electronic filing system, which will send a notice of electronic filing to all attorneys appearing in this matter.

/s/ Richard D. McCune
Richard D. McCune