# EXHIBIT G



# ORDER

Case Number: 01-22-0001-6396

Individual Consumers
-vs-
Wells Fargo Bank, N.A.

## RESPONDENT'S MOTION FOR A MORE DEFINITIVE STATEMENT

After reading and considering Respondent's Motion for Claimants to Provide Basic Information About Each Dispute Prior to the Demand Proceeding Through the Arbitration Process, Claimants' Opposition, Respondent's Reply and hearing oral argument by Respondent's Attorney Alicia A. Baiardo and Claimants' Attorney Richard D. McCune during a conference call on October 18, 2022, the Arbitrator rules as follows:

Respondent's motion is granted in part and denied in part. Claimants are each ordered to file and serve an Amended Claim for all Claims filed before the date this Order is served in which it is specifically plead, 1) each Claimant's Wells Fargo account number for the account at issue, 2) facts to establish each Claimant was enrolled in DCOS during the time period at issue and 3) facts sufficient to establish that each Claimant incurred overdraft fees in connection with transactions covered by Regulation E. Claimants are not ordered; 1) to file Amended Claims specifying which state laws have been violated or 2) allege the specific amount of overdraft fees each Claimant was wrongly charged.

An attorney of record for Claimants is ordered to sign each Amended Claim as required by California Code of Civil Procedure section 128.7. In lieu of filing and serving a separate Amended Claim for each Claimant, one spreadsheet signed by an attorney of record for Claimants may be filed and served for all Claimants if it includes the ordered information for each Claimant.

The pleadings in all Claims submitted to American Arbitration Association after the service date of this Order must comply with the requirements of this Order in paragraph two above. The invoicing of AAA fees is stayed for all Claims that have not already been invoiced and for all new Claims filed with AAA until the requirements in paragraph two have been satisfied.

During the conference call on October 18, 2022, a conference call was scheduled for 10:00 AM PT on November 30, 2022, to discuss any other processes that would make the resolution of this Multiple Case Filing efficient and economical. A status conference will also be held during the November 30, 2022 conference call to discuss compliance with this Order.

October 27, 2022
Date

_Anita Rae Shapiro_
Hon. Anita Rae Shapiro, Process Arbitrator