# Exhibit H



**McCUNE · WRIGHT · AREVALO**
ATTORNEYS AT LAW

*Delivery Type: Email*
SophiaParra@adr.org

April 25, 2022

Richard A. Nervig

ran@mccunewright.com
Phone: 909-557-1250

American Arbitration Association
*Attn: Sophia Parra*
45 E River Park Place West, Suite 308
Fresno, CA 93720

    Re:    Arbitration Against Wells Fargo Bank, N.A.

            Related Case: *Wilson v. Wells Fargo Bank, N.A.*,
            AAA Case No. 01-21-0016-4036

Dear Ms. Parra:

    As you know, our firm represents the following Claimants in arbitration cases against Wells Fargo Bank, NA.:

- ▉▉▉▉▉▉
  *(Case No. 01-22-0000-4726)*
- ▉▉▉▉▉▉
  *(Case No. 01-22-0000-6147)*
- ▉▉▉▉▉▉
  *(Case No. 01-22-0000-9017)*
- ▉▉▉▉▉▉
  *(Case No. 01-22-0000-9849)*
- ▉▉▉▉▉▉
  *(Case No. 01-22-0001-1831)*
- ▉▉▉▉▉▉
  *(Case No. 01-22-0001-1851)*
- ▉▉▉▉▉▉
  *(Case No. 01-22-0001-2073)*
- ▉▉▉▉▉▉
  *(Case No. 01-22-0000-5138)*
- ▉▉▉▉▉▉
  *(Case No. 01-22-0000-6470)*
- ▉▉▉▉▉▉
  *(Case No. 01-22-0000-9034)*
- ▉▉▉▉▉▉
  *(Case no. 01-22-0000-9868)*
- ▉▉▉▉▉▉
  *(Case No. 01-22-0001-1836)*
- ▉▉▉▉▉▉
  *(Case No. 01-22-0001-1944)*

3281 E. Guasti Road, Suite 100, Ontario, CA 91761  ■  Phone: 909.557.1250   Fax: 909.557.1275  ■  McCuneWright.com

**ORANGE COUNTY** Irvine, CA     **INLAND EMPIRE - EAST** San Bernardino, CA     **MIDWEST** Edwardsville, IL     **EAST COAST** Newark, NJ

Page 2 of 2
April 25, 2022

      Although not filed simultaneously with our recent multi case filling, we request that all of these cases be consolidated and otherwise subject to AAA's Supplementary Rules for Multiple Case Filings pursuant to Rule MC-1(c) thereto.
.

                                    Very truly yours,
                                    McCune Wright Arevalo, LLP

                                    /s/ *Richard A. Nervig*
                                    Richard A. Nervig

RAN/mt
cc:  Victoria Chandler *(VictoriaChandler@adr.org)*;
Joshua D. Davey, Esq. *(joshua.davey@troutman.com)*;
Jacob Franchek, Esq. *(jacob.franchek@troutman.com)*;
Michael Peretz, Esq. *(michael.peretz@troutman.com)*