# Exhibit J



Western Case Management Center
Neil Currie
Vice President
45 E River Park Place West
Suite 308
Fresno, CA
Telephone: (877) 528-0880
Fax: (855) 433-3046

July 12, 2022

Richard A. Nervig, Esq.
McCune Wright Arevalo, LLP
18565 Jamboree Road
Suite 550
Irvine, CA 92612
Via Email to: ran@mccunewright.com

Joshua D. Davey, Esq.
Troutman Pepper Hamilton Sanders LLP
301 South College Street
Suite 3400
Charlotte, NC 28202
Via Email to: joshua.davey@troutman.com

Individual Consumers
-vs-
Wells Fargo & Co., Wells Fargo Bank, N.A.

Dear Parties:

This acknowledges receipt of Demands for Arbitration for the matters in the enclosed case list and arbitration agreements providing for administration by the American Arbitration Association (AAA). These cases are now assigned to me for administration as the Consumers have met the filing requirements.

The **Consumer Arbitration Rules** and **Supplementary Rules for Multiple Case Filings** apply to these matters.

**Answer**

- This acknowledges receipt of Wells Fargo's Answer dated July 6, 2022. The Answer pertains to the cases outlined in the case list.
- Please reference the Rules if filing a counterclaim.

**Initial List of People Form**

- Please complete and return the enclosed Initial List of People Form by August 2, 2022. Instructions are provided on the Initial List form and on the enclosed reference sheet.

**Hearing Type and Locale of In-Person Hearing**

- We note the parties' arbitration agreement provides that:
  *"An arbitration will be held in the state whose laws govern your account."*
- If no disclosed claim or counterclaim exceeds $25,000, the matter shall be resolved by the Procedures for the Resolution of Disputes through Document Submission contained in the Consumer Arbitration Rules, unless a party asks for a hearing or the arbitrator decides that a hearing is necessary.

**CA CCP §1282.4**

- Your attention is directed to California Code of Civil Procedure Section 1282.4 regarding representation by an attorney not licensed to practice in the State of California.  Please refer to the State Bar of California website if you need a certification form as described in the statute.  Admissions requirements, Out of State Attorney Arbitration Counsel FAQ, and other information may be found at: The State Bar of California.

**The Costs of Arbitration effective November 1, 2020**

- Pursuant to section 1284.3 of the California Code of Civil Procedure, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to the California Arbitration Act, and to all consumer arbitrations conducted in California. If you believe that you meet these requirements, you must submit to the AAA a declaration under oath regarding your monthly income and the number of persons in your household. Please contact the undersigned if you have any questions regarding the waiver of administrative fees.
- The costs for this case are detailed in the Consumer Rules Costs of Arbitration effective November 1, 2020, available on our website at www.adr.org.

**Amounts Paid or Due**

- This confirms the Filing Fees have been paid.

**Cybersecurity and Privacy**

- Please review the enclosed *AAA-ICDR® Best Practices Guide for Maintaining Cybersecurity and Privacy,* and *AAA-ICDR® Cybersecurity Checklist*.

**Small Claims Court Option**

- We draw your attention to R-9 of the Consumer Arbitration Rules. If a party's claim is within the jurisdiction of a small claims court, either party may choose to exercise the small claims option. If either party would like this matter decided by a small claims court, please send your written request to the case administrator and copy all other parties.  If the parties disagree over whether the claim is within the jurisdiction of a small claims court, the case will proceed in arbitration and the arbitrator may make a final determination on whether the claim may proceed to small claims court.

**Next Administrative Step**

- This will acknowledge receipt of the parties' proposed issues for the Process Arbitrator. A Process Arbitrator will be appointed from the parties' submitted strike and rank lists.
- We will proceed with administration of the cases previously assigned to Sophia Parra.

Please review the enclosed Consumer Arbitration Reference Sheet for more information or view our website at www.adr.org/consumer.

The AAA appreciates the opportunity to assist you with your dispute resolution needs.

Sincerely,
/s/
Christina Negrete
Manager of ADR Services
Consumer Group Team
Direct Dial: (559) 475-6265
Email: consumergroupteam@adr.org


Supervisor Information: *Donna Martinez, Director of ADR Operations,(559)490-1881, DonnaMartinez@adr.org*

Enclosures

cc:   Ashley Hawthorne
      Alicia A. Baiardo, Esq.
      Michael Peretz, Esq.
      David C. Wright, Esq.
      Brandon Keshish
      Kyle Lawheed
      Kristina J. Catapang
      Joel S. Allen
      Emily J. Kirk, Esq.
      Jacob Franchek
      Richard D. McCune, Esq.
      Mary Katherine Grob, Esq.
      Chloe Lee
      Michelle Truong
      Bill Mayberry
      Jason Evans
      Amy Morrissey Turk
      Krystal Gollogly