# Exhibit K



Western Case Management Center
Neil Currie
Vice President
45 E River Park Place West
Suite 308
Fresno, CA 93720
Telephone: (877)528-0880
Fax: (855)433-3046

July 29, 2022

Richard A. Nervig, Esq.
McCune Wright Arevalo, LLP
18565 Jamboree Road, Suite 550
Irvine, CA 92612
Via Email to: ran@mccunewright.com

Joshua D. Davey, Esq.
Troutman Pepper Hamilton Sanders LLP
301 South College Street, Suite 3400
Charlotte, NC 28202
Via Email to: joshua.davey@troutman.com

Individual Consumers
-vs-
Wells Fargo & Co., Wells Fargo Bank, N.A.

Dear Parties:

This will confirm the appointment of Hon. Anita Rae Shapiro as the Process Arbitrator for the above-referenced matters.

As requested by the arbitrator, if either party or their counsel knows of any contact or conflict that may be relevant, they are to communicate this information to the American Arbitration Association (AAA) immediately.

Pursuant to the Supplementary Rules for Multiple Case filings, Rule MC-10(c), "Compensation of the Process Arbitrator will be at the rate set forth on the Process Arbitrator's Resume." Upon receipt of Hon. Shapiro's requested compensation deposit, an invoice will be provided to the business.

An Initial Conference Call will be held with the parties and Hon. Shapiro to discuss next steps and administrative issues. We ask that the parties review Rule MC-6 of the Supplementary Rules for Multiple Case Filings with regard to the Process Arbitrator. A copy of the Rules is attached for your convenience.

Hon. Shapiro is available to conduct the conference call on the following dates and times:

- August 8, 2022 - (9:00AM – 5:00PM)
- August 9, 2022 - (9:00AM – 5:00PM)
- August 10, 2022 - (9:00AM-10:30AM)
- August 12, 2022 - (9:00AM-12:00PM)
- August 22, 2022 - (9:00AM-12:00PM)
- August 23, 2022 - (9:00AM-11:00AM)
- August 24-26, 2022 - (9:00AM – 5:00PM)

All times presented are for Pacific Time.

Please provide your availability within the next two business days or by August 2, 2022. If we do not receive a response, we will presume all options are acceptable and this hearing will be set.

A copy of this correspondence is being provided to Hon. Shapiro.

Sincerely,
/s/
Christina Negrete
Manager of ADR Services
Consumer Group Team
Direct Dial: (559) 475-6265
Email: consumergroupteam@adr.org
Fax: (855)433-3046

Supervisor Information: *Donna Martinez, Director of ADR Operations, (559) 490-1881, [DonnaMartinez@adr.org](DonnaMartinez@adr.org)*

Enclosure

cc:    Ashley Hawthorne
        Alicia A. Baiardo, Esq.
        Michael Peretz, Esq.
        David C. Wright, Esq.
        Brandon Keshish
        Kyle Lawheed
        Kristina J. Catapang
        Joel S. Allen
        Emily J. Kirk, Esq.
        Jacob Franchek
        Bill Mayberry
        Richard D. McCune, Esq.
        Mary Katherine Grob, Esq.
        Krystal Gollogly
        Chloe Lee
        Michelle Truong
        Amy Morrissey Turk, Esq.
        Jason Evans