# Exhibit L



| | |
|---|---|
| INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION® | 13727 Noel Road Suite 700 Dallas TX 75240 |

| Statement Date | Amount Due |
|---|---|
| 04/22/2022 | **$150,225.00** |
| Case # | |
| 501 Individual v Wells Fargo & Co, Wells Fargo Bank, NA | |

# Invoice

Troutman Pepper Hamilton Sanders LLP
301 South College Street, Suite 3400
Charlotte, NC 28202

| Date | Reference Number | Description | Balance | Due Date |
|---|---|---|---|---|
| 4/22/2022 | 02 (01-22-0001-6396) | Initial Filing Fee **(500 cases X $300) (1 case X $225)** | **$150,225.00** | 4/22/2022 |

**Remarks**    Please make check payable to the American Arbitration Association.

**EIN # 13-0429745**

Please notify me if you wish to pay online vie e-check or credit card and I will provide instructions for submitting payment through our website. Although it is not recommended at this time, if you must send a physical check, please send via a delivery service to the address below with this invoice included.

**American Arbitration Association**
**Attn: Finance**
**132727 Noel Road**
**Suite 700**
**Dallas, TX 75240**

 **AMERICAN ARBITRATION ASSOCIATION®** | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®   13727 Noel Road Suite 700 Dallas TX 75240

| Statement Date | Amount Due |
|---|---|
| 05/06/2022 | **$19,125.00** |
| Case # | |
| 85 Individual v Wells Fargo & Co, Wells Fargo Bank, NA | |

# Invoice

Troutman Pepper Hamilton Sanders LLP
301 South College Street, Suite 3400
Charlotte, NC 28202

| Date | Reference Number | Description | Balance | Due Date |
|---|---|---|---|---|
| 05/06/2022 | 02 (01-22-0001-6396) | Initial Filing Fee<br>**(85 cases X $225)** | **$19,125.00** | 05/06/2022 |

**Remarks**    Please make check payable to the American Arbitration Association.

**EIN # 13-0429745**

Please notify me if you wish to pay online vie e-check or credit card and I will provide instructions for submitting payment through our website. Although it is not recommended at this time, if you must send a physical check, please send via a delivery service to the address below with this invoice included.

**American Arbitration Association**
**Attn: Finance**
**132727 Noel Road**
**Suite 700**
**Dallas, TX 75240**

 **AMERICAN ARBITRATION ASSOCIATION®** | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®   13727 Noel Road Suite 700 Dallas TX 75240

| Statement Date | Amount Due |
|---|---|
| 05/18/2022 | **$21,600.00** |
| Case # | |
| 96 Individual v Wells Fargo & Co, Wells Fargo Bank, NA | |

# Invoice

Troutman Pepper Hamilton Sanders LLP
301 South College Street, Suite 3400
Charlotte, NC 28202

| Date | Reference Number | Description | Balance | Due Date |
|---|---|---|---|---|
| 05/18/2022 | 02 (01-22-0001-6396) | Initial Filing Fee<br>**(96 cases X $225)** | **$21,600.00** | 05/18/2022 |

**Remarks**   Please make check payable to the American Arbitration Association.

**EIN # 13-0429745**

Please notify me if you wish to pay online vie e-check or credit card and I will provide instructions for submitting payment through our website. Although it is not recommended at this time, if you must send a physical check, please send via a delivery service to the address below with this invoice included.

**American Arbitration Association**
**Attn: Finance**
**13727 Noel Road**
**Suite 700**
**Dallas, TX 75240**

 **AMERICAN ARBITRATION ASSOCIATION®** | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®   13727 Noel Road Suite 700
Dallas TX 75240

| Statement Date | Amount Due |
|---|---|
| 06/23/2022 | **$139,725.00** |
| Case # | |
| 621 Individual v Wells Fargo & Co, Wells Fargo Bank, NA | |

# Invoice

Wells Fargo Bank, N.A.
301 South College Street
Charlotte, NC 28202
Matter Number: WF2022015425

| Date | Reference Number | Description | Balance | Due Date |
|---|---|---|---|---|
| 06/23/2022 | 02 (01-22-0002-3711) | Initial Filing Fee **(621 cases X $225)** | **$139,725.00** | UPON RECEIPT |

**Remarks**     Please make check payable to the American Arbitration Association.

**EIN # 13-0429745**

Please notify me if you wish to pay online vie e-check or credit card and I will provide instructions for submitting payment through our website. Although it is not recommended at this time, if you must send a physical check, please send via a delivery service to the address below with this invoice included.

**American Arbitration Association**
**Attn: Finance**
**13727 Noel Road**
**Suite 700**
**Dallas, TX 75240**

 **AMERICAN ARBITRATION ASSOCIATION®** | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION® | 13727 Noel Road Suite 700 Dallas TX 75240

| Statement Date | Amount Due |
|---|---|
| 7/18/2022 | **$85,350.00** |
| Case # | |
| 401 Individual Consumers v Wells Fargo | |

# Invoice

Wells Fargo & Co. Wells Fargo Bank, N.A. Attn:
Troutman Pepper Hamilton Sanders LLP
301 South College Street, Suite 3400
Charlotte, NC 28202

| Date | Reference Number | Description | Balance | Due Date |
|---|---|---|---|---|
| 7/18/2022 | 01-22-0002-7467 | Initial Administrative Fees (336 Cases x $225.00) | **$75,600.00** | 7/18/2022 |
| 7/18/2022 | 01-22-0002-7467 | Initial Administrative Fees (65 Cases x $150.00) | **$9,750.00** | 7/18/2022 |

**Remarks**   Please make check payable to the American Arbitration Association.

**EIN # 13-0429745**

Please notify me if you wish to pay online vie e-check or credit card and I will provide instructions for submitting payment through our website. Although it is not recommended at this time, if you must send a physical check, please send via a delivery service to the address below with this invoice included.

**American Arbitration Association**
**Attn: Finance**
**13727 Noel Road**
**Suite 700**
**Dallas, TX 75240**

 AMERICAN ARBITRATION ASSOCIATION® | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®   13727 Noel Road Suite 700 Dallas TX 75240

| Statement Date | Amount Due |
|---|---|
| 8/12/2022 | **$21,300.00** |
| Case # | |
| 142 Individual Consumers v Wells Fargo | |

# Invoice

Wells Fargo & Co. Wells Fargo Bank, N.A. Attn:
Troutman Pepper Hamilton Sanders LLP
301 South College Street, Suite 3400
Charlotte, NC 28202

| Date | Reference Number | Description | Balance | Due Date |
|---|---|---|---|---|
| 8/12/2022 | 01-22-0003-3796 | Initial Administrative Fees (142 Cases x $150.00)<br><br>Matter No. WF2022015425 | **$21,300.00** | 09/12/2022 |

**Remarks**   Please make check payable to the American Arbitration Association.

**EIN # 13-0429745**

Please notify me if you wish to pay online vie e-check or credit card and I will provide instructions for submitting payment through our website. Although it is not recommended at this time, if you must send a physical check, please send via a delivery service to the address below with this invoice included.

**American Arbitration Association**
**Attn: Finance**
**13727 Noel Road**
**Suite 700**
**Dallas, TX 75240**

 INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®   13727 Noel Road Suite 700
Dallas TX 75240

| Statement Date | Amount Due |
|---|---|
| 10/07/2022 | **$37,350.00** |
| Case # | |
| 249 Individual Consumers v Wells Fargo | |

# Invoice

Wells Fargo & Co. Wells Fargo Bank, N.A. Attn:
Troutman Pepper Hamilton Sanders LLP
301 South College Street, Suite 3400
Charlotte, NC 28202

| Date | Reference Number | Description | Balance | Due Date |
|---|---|---|---|---|
| 10/7/2022 | 01-22-0004-1432 | Initial Administrative Fees (249 Cases x $150.00)<br><br>Matter No. WF2022015425 | **$37,350.00** | 11/7/2022 |

**Remarks**   Please make check payable to the American Arbitration Association.

**EIN # 13-0429745**

Please notify me if you wish to pay online vie e-check or credit card and I will provide instructions for submitting payment through our website. Although it is not recommended at this time, if you must send a physical check, please send via a delivery service to the address below with this invoice included.

**American Arbitration Association**
**Attn: Finance**
**13727 Noel Road**
**Suite 700**
**Dallas, TX 75240**

 INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®   13727 Noel Road Suite 700 Dallas TX 75240

| Statement Date | Amount Due |
|---|---|
| 10/26/2022 | **$26,400.00** |
| Case # | |
| 176 Individual Consumers v Wells Fargo | |

# Invoice

Wells Fargo & Co. Wells Fargo Bank, N.A. Attn:
Troutman Pepper Hamilton Sanders LLP
301 South College Street, Suite 3400
Charlotte, NC 28202

| Date | Reference Number | Description | Balance | Due Date |
|---|---|---|---|---|
| 10/26/2022 | 01-22-0004-4563 | Initial Administrative Fees (176 Cases x $150.00)<br><br>Matter No. WF2022015425 | **$26,400.00** | 10/26/2022 |

**Remarks**   Please make check payable to the American Arbitration Association.

**EIN # 13-0429745**

Please notify me if you wish to pay online vie e-check or credit card and I will provide instructions for submitting payment through our website. Although it is not recommended at this time, if you must send a physical check, please send via a delivery service to the address below with this invoice included.

**American Arbitration Association**
**Attn: Finance**
**13727 Noel Road**
**Suite 700**
**Dallas, TX 75240**