# Exhibit M

## Gollogly, Krystal Lynne

| | |
|---|---|
| **From:** | Consumer Group Team <ConsumerGroupTeam@adr.org> |
| **Sent:** | Friday, February 3, 2023 12:04 PM |
| **To:** | Gollogly, Krystal Lynne; 'ran@mccunewright.com'; 'joshua.davey@troutman.com' |
| **Cc:** | 'rdm@mccunewright.com'; 'Mt@mccunewright.com'; 'kl@mccunewright.com'; 'kjc@mccunewright.com'; 'ejk@mccunewright.com'; 'dcw@mccunewright.com'; 'cl@mccunewright.com'; 'bk@mccunewright.com'; 'ah@mccunewright.com'; 'jacob.franchek@troutman.com'; Allen, Joel S.; 'Jason.Evans@troutman.com'; 'michael.peretz@troutman.com'; Baiardo, Alicia A.; 'bill.mayberry@troutman.com'; Turk, Amy Morrissey; 'mary.grob@troutman.com' |
| **Subject:** | RE: Individual Consumers v. Wells Fargo & Co., Wells Fargo Bank, N.A. |

**\*\*EXTERNAL EMAIL; use caution with links and attachments\*\***

Dear Parties,

This will confirm receipt of the below request from Respondent.

All invoices noted below were paid by the due dates.  There are no further outstanding invoices at this time.

Thank you,

Christina Negrete



**Consumer Group Team**

American Arbitration Association

T: 559 475 6265   E: ConsumerGroupTeam@adr.org

adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Gollogly, Krystal Lynne <KGollogly@mcguirewoods.com>
**Sent:** Thursday, February 2, 2023 2:53 PM
**To:** Consumer Group Team <ConsumerGroupTeam@adr.org>
**Subject:** RE: Individual Consumers v. Wells Fargo & Co., Wells Fargo Bank, N.A.
**Importance:** High

**\*\*\* External E-Mail – Use Caution \*\*\***

1

Good afternoon, I wanted to follow-up on the status of the request below.

Regards,
Krystal


**Krystal Gollogly**
Paralegal
McGuireWoods LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510-1655
T:   +1 757 640 3721
F:   +1 757 640 3701
kgollogly@mcguirewoods.com
VCard | www.mcguirewoods.com

---

**From:** Gollogly, Krystal Lynne
**Sent:** Thursday, February 2, 2023 9:09 AM
**To:** Consumer Group Team <ConsumerGroupTeam@adr.org>
**Subject:** RE: Individual Consumers v. Wells Fargo & Co., Wells Fargo Bank, N.A.
**Importance:** High

Good morning,
Will you please provide the information requested below no later than 5:00pm Eastern today.

Regards,
Krystal

**Krystal Gollogly**
Paralegal
McGuireWoods LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510-1655
T:   +1 757 640 3721
F:   +1 757 640 3701
kgollogly@mcguirewoods.com
VCard | www.mcguirewoods.com

2

**From:** Gollogly, Krystal Lynne
**Sent:** Wednesday, February 1, 2023 11:13 AM
**To:** Consumer Group Team <ConsumerGroupTeam@adr.org>
**Subject:** Individual Consumers v. Wells Fargo & Co., Wells Fargo Bank, N.A.

Good morning,

Wells Fargo seeks confirmation from AAA that the invoices dated April 22, 2022, May 6, 2022, May 18, 2022, June 23, 2022, July 18, 2022, August 12, 2022, October 7, 2022, and October 26, 2022, totaling $501,075.00, were paid on time and in full by Wells Fargo.

Wells Fargo also seeks confirmation that Wells Fargo has paid all invoices to date and does not have any outstanding unpaid invoices from the AAA.

Regards,

Krystal


**Krystal Gollogly**
Paralegal
McGuireWoods LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510-1655
T:   +1 757 640 3721
F:   +1 757 640 3701
kgollogly@mcguirewoods.com
VCard | www.mcguirewoods.com

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

3