# Exhibit N



## AUTHORIZATION

I have retained the law firm of McCune Wright Arevalo, LLP to represent me in an arbitration against Wells Fargo Bank, N.A. for improperly assessed overdraft fees. You are hereby authorized and directed to produce *electronic copies* of my monthly account statements for the last four years, all opening account documents including without limitation all overdraft opt in agreements and documents to **McCune Wright Arevalo, LLP** at odstatements@mccunewright.com.

Dated: 07/26/2022

Client: ▮

Account Number: xxx...

Address: ▮

Email: ▮

3281 E. Guasti Road, Suite 100, Ontario, CA 91761   ■   Phone: 909.557.1250   Fax: 909.557.1275   ■   McCuneWright.com

ORANGE COUNTY
Irvine, CA

INLAND EMPIRE - EAST
San Bernardino, CA

MIDWEST
Edwardsville, IL

EAST COAST
Newark, NJ



McCUNE · WRIGHT · AREVALO
ATTORNEYS AT LAW

## AUTHORIZATION

I have retained the law firm of McCune Wright Arevalo, LLP to represent me in an arbitration against Wells Fargo Bank, N.A. for improperly assessed overdraft fees. You are hereby authorized and directed to produce *electronic copies* of my monthly account statements for the last three years to **McCune Wright Arevalo, LLP** at odstatements@mccunewright.com.

Dated: 4/20/2022

Client: ███████

Account Number: 99999999

Address: ███████

Email: ███████

3281 E. Guasti Road, Suite 100, Ontario, CA 91761   ■   Phone: 909.557.1250   Fax: 909.557.1275   ■   McCuneWright.com

ORANGE COUNTY
Irvine, CA

INLAND EMPIRE - EAST
San Bernardino, CA

MIDWEST
Edwardsville, IL

EAST COAST
Newark, NJ



## AUTHORIZATION

I have retained the law firm of McCune Wright Arevalo, LLP to represent me in an arbitration against Wells Fargo Bank, N.A. for improperly assessed overdraft fees. You are hereby authorized and directed to produce *electronic copies* of my monthly account statements for the last three years, all opening account documents including without limitation all overdraft opt in agreements and documents to **McCune Wright Arevalo, LLP** at odstatements@mccunewright.com.

Dated: 05/16/2022

Client: █████

Account Number: Not sure

Address: █████

Email: █████

3281 E. Guasti Road, Suite 100, Ontario, CA 91761   ■   Phone: 909.557.1250   Fax: 909.557.1275   ■   McCuneWright.com

ORANGE COUNTY
Irvine, CA

INLAND EMPIRE - EAST
San Bernardino, CA

MIDWEST
Edwardsville, IL

EAST COAST
Newark, NJ



## AUTHORIZATION

I have retained the law firm of McCune Wright Arevalo, LLP to represent me in an arbitration against Wells Fargo Bank, N.A. for improperly assessed overdraft fees. You are hereby authorized and directed to produce *electronic copies* of my monthly account statements for the last three years to **McCune Wright Arevalo, LLP** at **odstatements@mccunewright.com**.

Dated: 2/19/2022

**Client:** ▮

**Account Number:** N/A

**Address:** ▮

**Email:** ▮

3281 E. Guasti Road, Suite 100, Ontario, CA 91761 ■ Phone: 909.557.1250  Fax: 909.557.1275 ■ McCuneWright.com

ORANGE COUNTY
Irvine, CA

INLAND EMPIRE - EAST
San Bernardino, CA

MIDWEST
Edwardsville, IL

EAST COAST
Newark, NJ



## AUTHORIZATION

I have retained the law firm of McCune Wright Arevalo, LLP to represent me in an arbitration against Wells Fargo Bank, N.A. for improperly assessed overdraft fees. You are hereby authorized and directed to produce *electronic copies* of my monthly account statements for the last three years, all opening account documents including without limitation all overdraft opt in agreements and documents to **McCune Wright Arevalo, LLP** at odstatements@mccunewright.com.

Dated: 05/20/2022

Client:

Account Number: claimant last name

Address:

Email:



## AUTHORIZATION

I have retained the law firm of McCune Wright Arevalo, LLP to represent me in an arbitration against Wells Fargo Bank, N.A. for improperly assessed overdraft fees. You are hereby authorized and directed to produce *electronic copies* of my monthly account statements for the last three years to **McCune Wright Arevalo**, LLP at odstatements@mccunewright.com.

Dated: 3/19/2022

Client: ███████████

Account Number: XXXXXXXXXXXXXXXX

Address: ███████████

Email: ███████████

3281 E. Guasti Road, Suite 100, Ontario, CA 91761   ▪   Phone: 909.557.1250   Fax: 909.557.1275   ▪   McCuneWright.com

ORANGE COUNTY
Irvine, CA

INLAND EMPIRE - EAST
San Bernardino, CA

MIDWEST
Edwardsville, IL

EAST COAST
Newark, NJ



## AUTHORIZATION

I have retained the law firm of McCune Wright Arevalo, LLP to represent me in an arbitration against Wells Fargo Bank, N.A. for improperly assessed overdraft fees. You are hereby authorized and directed to produce *electronic copies* of my monthly account statements for the last three years to **McCune Wright Arevalo**, LLP at odstatements@mccunewright.com.

Dated: 03/10/2022

Client:

Account Number: Blank

Address:

Email:

3281 E. Guasti Road, Suite 100, Ontario, CA 91761 ■ Phone: 909.557.1250   Fax: 909.557.1275 ■ McCuneWright.com

ORANGE COUNTY — Irvine, CA  
INLAND EMPIRE - EAST — San Bernardino, CA  
MIDWEST — Edwardsville, IL  
EAST COAST — Newark, NJ



## AUTHORIZATION

I have retained the law firm of McCune Wright Arevalo, LLP to represent me in an arbitration against Wells Fargo Bank, N.A. for improperly assessed overdraft fees. You are hereby authorized and directed to produce *electronic copies* of my monthly account statements for the last three years to **McCune Wright Arevalo, LLP** at **odstatements@mccunewright.com**.

Dated: 2/24/2022

Client: █████████

Account Number: Not giving my account

Address: ████████

Email: ████████

3281 E. Guasti Road, Suite 100, Ontario, CA 91761 ■ Phone: 909.557.1250  Fax: 909.557.1275 ■ McCuneWright.com

ORANGE COUNTY        INLAND EMPIRE - EAST        MIDWEST            EAST COAST
Irvine, CA           San Bernardino, CA          Edwardsville, IL   Newark, NJ



## AUTHORIZATION

I have retained the law firm of McCune Wright Arevalo, LLP to represent me in an arbitration against Wells Fargo Bank, N.A. for improperly assessed overdraft fees. You are hereby authorized and directed to produce *electronic copies* of my monthly account statements for the last three years to **McCune Wright Arevalo, LLP** at odstatements@mccunewright.com.

Dated: 04/14/2022     Client: ███████████

Account Number: i dont have one

Address: ███████████

Email: ███████████

3281 E. Guasti Road, Suite 100, Ontario, CA 91761   ■   Phone: 909.557.1250   Fax: 909.557.1275   ■   McCuneWright.com

ORANGE COUNTY
Irvine, CA

INLAND EMPIRE - EAST
San Bernardino, CA

MIDWEST
Edwardsville, IL

EAST COAST
Newark, NJ



## AUTHORIZATION

I have retained the law firm of McCune Wright Arevalo, LLP to represent me in an arbitration against Wells Fargo Bank, N.A. for improperly assessed overdraft fees. You are hereby authorized and directed to produce *electronic copies* of my monthly account statements for the last three years to **McCune Wright Arevalo, LLP** at **odstatements@mccunewright.com**.

Dated: 2/24/2022        Client: ▮

Account Number: None

Address: ▮

Email: ▮

3281 E. Guasti Road, Suite 100, Ontario, CA 91761   ■   Phone: 909.557.1250   Fax: 909.557.1275   ■   McCuneWright.com

ORANGE COUNTY            INLAND EMPIRE - EAST         MIDWEST                EAST COAST
Irvine, CA               San Bernardino, CA           Edwardsville, IL        Newark, NJ



# AUTHORIZATION

I have retained the law firm of McCune Wright Arevalo, LLP to represent me in an arbitration against Wells Fargo Bank, N.A. for improperly assessed overdraft fees. You are hereby authorized and directed to produce *electronic copies* of my monthly account statements for the last three years, and all opening account documents including without limitation all overdraft opt in agreements and documents to **McCune Wright Arevalo, LLP** at odstatements@mccunewright.com.

Dated: 05/11/2022

Client: ███████

Account Number: 0000000000

Address: ███████

Email: ███████

3281 E. Guasti Road, Suite 100, Ontario, CA 91761   ■   Phone: 909.557.1250   Fax: 909.557.1275   ■   McCuneWright.com

ORANGE COUNTY          INLAND EMPIRE - EAST          MIDWEST          EAST COAST
Irvine, CA             San Bernardino, CA            Edwardsville, IL  Newark, NJ

The signed document can be validated at https://app.vinesign.com/Verify



## AUTHORIZATION

I have retained the law firm of McCune Wright Arevalo, LLP to represent me in an arbitration against Wells Fargo Bank, N.A. for improperly assessed overdraft fees. You are hereby authorized and directed to produce *electronic copies* of my monthly account statements for the last three years, all opening account documents including without limitation all overdraft opt in agreements and documents to **McCune Wright Arevalo, LLP** at odstatements@mccunewright.com.

Dated: 06/06/2022

Client: ████

Account Number: Idk

Address: ████

Email: ████

3281 E. Guasti Road, Suite 100, Ontario, CA 91761 ■ Phone: 909.557.1250  Fax: 909.557.1275 ■ McCuneWright.com

ORANGE COUNTY  
Irvine, CA

INLAND EMPIRE - EAST  
San Bernardino, CA

MIDWEST  
Edwardsville, IL

EAST COAST  
Newark, NJ