# Exhibit O

# Wells Fargo Way2Save® Checking

December 6, 2019 ■ Page 1 of 4





## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Online Banking | ✓ | Direct Deposit | ☐ |
|---|---|---|---|
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ✓ |

# ✓ IMPORTANT ACCOUNT INFORMATION



We may change the statement period and monthly fee period assigned to your account without advance notification. If your account earns interest, these changes will not affect interest calculations, but they may affect the date we post interest to your account.

For all accounts except business analyzed checking, if the first new fee period created by our change is fewer than 25 days, the bank will automatically waive the monthly service fee for that period.

## Activity summary

| | |
|---|---|
| Beginning balance on 11/8 | $18.09 |
| Deposits/Additions | 2,539.25 |
| Withdrawals/Subtractions | - 2,280.29 |
| **Ending balance on 12/6** | **$277.05** |

Account number:

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):



**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/8 | | | 59.25 | | |
| 11/8 | | | | 47.49 | 29.85 |
| 11/12 | | Overdraft Fee for a Transaction Posted on 11/08 $47.49 Purchase Authori Zed on 11/08 Target T- 5680 Balboa San Dieg | | 35.00 | |
| 11/12 | | | 40.00 | | |
| 11/12 | | | | 35.85 | |
| 11/12 | | | | 79.00 | -80.00 |
| 11/15 | | | 400.00 | | 320.00 |
| 11/18 | | | | 39.95 | |
| 11/18 | | | | 49.00 | |
| 11/18 | | | | 1.00 | 230.05 |
| 11/19 | | | | 73.55 | 156.50 |
| 11/20 | | | 1,300.00 | | |
| 11/20 | | | | 9.68 | |
| 11/20 | | | | 1.00 | 1,445.82 |
| 11/21 | | | | 72.04 | 1,373.78 |
| 11/22 | | | | 100.00 | |
| 11/22 | | | | 150.00 | |
| 11/22 | | | | 129.00 | |
| 11/22 | | | | 125.00 | |
| 11/22 | | | | 215.00 | |
| 11/22 | | | | 3.00 | 651.78 |
| 11/25 | | | 200.00 | | |
| 11/25 | | | | 29.90 | |
| 11/25 | | | | 200.00 | |
| 11/25 | | | | 200.00 | 421.88 |
| 11/27 | | | | 88.28 | |
| 11/27 | | | | 7.06 | |
| 11/27 | | | | 7.32 | |

WF-00000619



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 11/27 | | | | 44.62 | |
| 11/27 | | | | 3.00 | 271.60 |
| 11/29 | | | | 9.23 | |
| 11/29 | | | | 19.63 | |
| 11/29 | | | | 49.70 | |
| 11/29 | | | | 290.34 | -97.30 |
| 12/2 | | Overdraft Fee for a Transaction Posted on 11/29 $290.34 American Gen Lif Ins Paym | | 35.00 | |
| 12/2 | | | 100.00 | | |
| 12/2 | | | 40.00 | | 7.70 |
| 12/4 | | | | 51.57 | -43.87 |
| 12/5 | | Overdraft Fee for a Transaction Posted on 12/04 $51.57 Purchase Authori Zed on 12/04 Vons #2040 San Dieg | | 35.00 | -78.87 |
| 12/6 | | | 400.00 | | |
| 12/6 | | | | 43.08 | |
| 12/6 | | | | 1.00 | 277.05 |
| Ending balance on 12/6 | | | | | 277.05 |
| **Totals** | | | **$2,539.25** | **$2,280.29** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|------|------|------|
| Total Overdraft Fees | $105.00 | $1,120.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/08/2019 - 12/06/2019 | Standard monthly service fee $12.00 | You paid $0.00 |
|------|------|------|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Minimum daily balance | $2,000.00 | -$97.30 ☐ |
| · Total amount of qualifying direct deposits | $750.00 | $0.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 17 ☑ |

JC/JC



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.                $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement.   **Enter the total** in the column to the right.

| Description | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **Total** | $ | + $ _____ |

**C** Add **A** and **B** to calculate the subtotal.        = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement.   **Enter the total** in the column to the right.

| Number/Description | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total** | $ | - $ _____ |

**E** **Subtract** **D** from **C** to calculate the adjusted ending balance.  This amount should be the same as the current balance shown in your register.         = $ _____

## General statement policies for Wells Fargo Bank

◼ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

◼ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801          Member FDIC.