# Exhibit P

PageVault

| | |
|---|---|
| Document title: | Wells Fargo New Arbitrations \| McCune Wright Arevalo, LLP |
| Capture URL: | https://mccunewright.com/wells-fargo-new-arbitrations/ |
| Page loaded at (UTC): | Thu, 30 Jun 2022 20:12:25 GMT |
| Capture timestamp (UTC): | Thu, 30 Jun 2022 20:12:54 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.198.15.100 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 7 |
| Capture ID: | 96e5a8af-a9e0-4e3f-aabb-2e109d809602 |
| User: | mcguirewoods |

PDF REFERENCE #:    eGS6rMkcmDJ5MSwB2mF47J

Call For a **Free Consultation**
**(602) 926-7797**

**PRACTICE AREAS**         **RESULTS**         **CONTACT US**         **MORE**

## MWA Accepting 100,000 New Arbitrations Against Wells Fargo

### National law firm successfully secured more than $1,000 per client in Wells Fargo overdraft arbitrations

Wells Fargo thinks they can avoid legal ramifications for abusive overdraft practices by forcing arbitrations. McCune Wright Arevalo, LLP, is here to show them they're dead wrong. MWA has won in hundreds of arbitrations against Wells Fargo over unfair overdraft fees. Each successful arbitration secured the return of the client's fees as well as $1,000.00 in penalties. None of these awards went to attorneys' fees. Now, MWA is ready for more, taking on 100,000 new arbitrations against Wells Fargo. Any Wells Fargo customer who received an overdraft fee within the past 12 months can qualify. Ready to join MWA in the fight against financial injustice? Complete to form today become one of the 100,000 arbitrations bringing the fight to Wells Fargo.

Are you ready to bring arbitrations against Wells Fargo for unfair



Document title: Wells Fargo New Arbitrations | McCune Wright Arevalo, LLP
Capture URL: https://mccunewright.com/wells-fargo-new-arbitrations/
Capture timestamp (UTC): Thu, 30 Jun 2022 20:12:54 GMT
Page 2 of 6



## $200 MILLION CLASS ACTION PRODUCT LIABILITY

# ATTORNEY ADVERTISING

McCune Wright Arevalo, LLP, is responsible for this solicitation. The information provided on this website is for general information purposes only. The information you obtain is not, nor is it intended to be, legal advice. Use of this website or submission of the online form does not create an attorney-client relationship.

Counsel Richard McCune is licensed to practice only in the state of California.  The law firm of McCune Wright Arevalo, LLP, has attorneys licensed to practice law in AZ, CA, IL, MO, NJ, NY and PA.  This information section is not intended to be a solicitation for services in states where it is forbidden for non-barred attorneys from advertising for services, and McCune Wright Arevalo, LLP, does not have attorneys barred in that state. McCune Wright Arevalo, LLP, is a national firm that brings lawsuits in a majority of the states. In states where one of its attorneys are not barred, it does so by filing the complaint along with local counsel barred in that state.

The results discussed do not guarantee, warrant, or predict the results in future cases

# Injustice: Welcome to Wells Fargo

McCune Wright Arevalo, LLP, (MWA) is fighting back against Wells Fargo's predatory overdraft practices that unjustly punish customers living paycheck-to-paycheck. Although Wells Fargo thought they'd get away with slimy, pocket-lining policies by implementing arbitration-only clauses in their account agreements that forbid consumers from bringing class actions, MWA won't let them hide from justice.

In June 2022, MWA – representing hundreds of clients who have been charged unfair overdraft fees in arbitrations against Wells Fargo – secured the return of **all overdraft fees charged within the past year plus a $1000.00 penalty** for every client. * The best part? All of that money went right into our clients' pockets with no charges for attorney's fees. And this is only the beginning.

*Results not guaranteed for all clients.

a **$1000.00 penalty** for every client. * The best part? All of that money went right into our clients' pockets with no charges for attorney's fees. And this is only the beginning.

*Results not guaranteed for all clients.

## MWA is Ready to Represent You.

We're committed to taking on 100,000 new clients in their overdraft arbitrations against Wells Fargo. You may qualify to join the movement towards justice if:

- You've been charged an overdraft fee on an ATM or debit card purchase in the past 12 months.
- You have an active Wells Fargo account.

That's it. That's all you need to take your money back from a corporation well-known for using underhanded tactics to boost their bottom line and increase bonuses for executives at the top.

 Are you a victim of unfair overdraft fees? Join MWA in the fight for justice by completing the form above.

[insert fees section]

## A Moment of Clarity or Just Empty Words?

On January 6, 2022, Wells Fargo ATMs in Irvine, California, displayed the word "INJUSTICE" on their welcome screens. Though we at MWA would like to think Wells Fargo used this as a moment for self-reflection on how their practices abuse their customers, we know, based on their history of scandals, that this corporation will only listen to its wallet.

Here's how MWA is attaining justice out of Wells Fargo's injustice beyond securing overdraft fees for our clients. Arbitrations brought by the consumer costs only $50.00 paid by the attorney while Wells Fargo pays a whopping $4,000.00, not including their attorneys' fees! In short, bringing hundreds of thousands of arbitrations, each resulting in thousands paid by Wells Fargo, means consumers can finally hit one of the world's largest corporations where it hurts. Each of these thousands of arbitrations matters in holding Wells Fargo accountable.



costs. Arbitrations brought by the consumer costs only $50.00 paid by the attorney while Wells Fargo pays a whopping $4,000.00, not including their attorneys' fees! In short, bringing hundreds of thousands of arbitrations, each resulting in thousands paid by Wells Fargo, means consumers can finally hit one of the world's largest corporations where it hurts. Each of these thousands of arbitrations matters in holding Wells Fargo accountable.



Join MWA as we say "game on" to Wells Fargo's attempts to skirt accountability. Complete the form above to see if you qualify for an arbitration.







— How did you hear about us? —

Send Message

**HOME**   **CASES**   **CONTACT US**   **PRIVACY POLICY**

  

McCUNE • WRIGHT • AREVALO
ATTORNEYS AT LAW

**Main Office:**
(602) 926-7797
3281 East Guasti Road
Suite 100
Ontario, CA 91761

**Orange County Office:**
(714) 909-2326
18565 Jamboree Road
Suite 550
Irvine, CA 92612

**Inland Empire – East Office:**
(909) 443-1643
164 W. Hospitality Lane
Suite 109
San Bernardino, CA 92408

**Coachella Valley Office:**
(760) 892-5099
73255 El Paseo Suite 10
Palm Desert, CA 92260

**Midwest Office:**
(618) 424-4402
231 North Main Street
Suite 20
Edwardsville, IL 62025

**East Coast Office:**
(973) 737-9981
One Gateway Center
Suite 1500
Newark, NJ 07102

© 2022 McCune Wright Arevalo, LLP

The information on this website is for general information purposes only. Nothing on this site should be taken as legal advice for any individual case or situation. This information is not intended to create, and receipt or viewing does not constitute, an attorney-client relationship.