**MCGUIREWOODS LLP**
Alicia A. Baiardo SBN #254228
abaiardo@mcguirewoods.com
Todd J. Dressel SBN #220218
tdressel@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944

Amy Morrissey Turk (*pro hac vice*)
VA SBN #44957
aturk@mcguirewoods.com
101 West Main Street, Suite 9000
Norfolk, VA 23510
Telephone: 757.640.3700

*Attorneys for Defendants*
*Wells Fargo & Company and Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDRIA MOSELY, REJOYCE KEMP, BERENICE CISNEROS, BRUCE PARKER, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> WELLS FARGO & CO., WELLS FARGO BANK, N.A., and DOES 1 through 5, <br><br> Defendants. | CASE NO. 3:22-cv-01976-BJC-SBC <br><br> Honorable Benjamin J. Cheeks <br><br> **JOINT STATUS REPORT** |

Pursuant to the Court's May 7, 2025 Order (Dkt. 40), Plaintiffs Alexandria Mosley, Rejoyce Kemp, Berenice Cisneros, and Bruce Parker (collectively the "*Mosley I* Plaintiffs") and Defendants Wells Fargo & Company and Wells Fargo Bank, N.A. (collectively, "Wells Fargo") (together, the "Parties") submit this joint status report regarding the status of this case and any arbitrations between the Parties.

## I. Arbitration Status

Currently, there are no pending arbitrations between Wells Fargo and the *Mosley I* Plaintiffs, and no pending arbitrations between Wells Fargo and any claimants represented by Plaintiffs' Counsel related to the underlying mass arbitration (which has resulted in several different federal lawsuits).

The *Mosley I* Plaintiffs filed their arbitration demands with AAA against Wells Fargo between April and August of 2022. In total, Plaintiffs' counsel represented over 3,900+ individuals who brought Regulation E claims against Wells Fargo. This is known as a "mass arbitration". AAA appointed the Honorable Anita Rae Shapiro to serve as the Process Arbitrator for the mass arbitration. On October 27, 2022, Process Arbitrator Shapiro ordered each claimant to file an amended demand with additional information on their claims. Claimants disagreed with Process Arbitrator Shapiro's Order, arguing that it required Claimants to "prove" their case at the pleading stage, and plead more information than AAA's rules required for demands.

On December 13, 2022, the *Mosley I* Plaintiffs filed this action, challenging her October 27 Order. Dkt. 1. On May 1, 2023, Judge Dana M. Sabraw granted Wells Fargo's motion to compel arbitration and dismissed the case. Dkt. 30. The Ninth Circuit affirmed. *Mosley v. Wells Fargo & Co.*, 2024 WL 977674 (9th Cir. Mar. 7, 2024). The matter is currently closed.

After the *Mosley I* Plaintiffs returned to arbitration, on April 17, 2024, AAA informed the parties that it received payment of an invoice to Wells Fargo after the 30-day deadline imposed by C.C.P. § 1281.98. After briefing by the parties, AAA determined it was required to close the arbitration cases for 46 individual claimants

who resided in California (the "California Claimants"), including the *Mosley I* Plaintiffs, that were included in the AAA invoice. Plaintiffs' Counsel filed suit on behalf of the California Claimants. *Mosley, et al. v. Wells Fargo & Co., et al.*, No. 3:24-cv-03171-JST (N.D. Cal. filed May 28, 2024) ("*Mosley II*"). Wells Fargo moved to compel the California Claimants in *Mosley II* to arbitration, and the district court granted the motion. *Id.* at Dkt. 45. The California Claimants, including the *Mosley I* Plaintiffs, thereafter informed AAA that they would not be reopening their arbitrations.

On January 10, 2024, Ms. Shapiro dismissed without prejudice the claimants who failed to comply with the October 27 Order, with the ability to refile.[1] On September 25 and 26, 2024, Plaintiff's Counsel submitted voluntary dismissals for the remaining claimants.[2] There are no active arbitrations against Wells Fargo.

## II.  Case Status

Judge Dana Sabraw granted Wells Fargo's motion to compel arbitration on May 1, 2023, dismissing the case without prejudice. Dkt. 30. The Ninth Circuit affirmed on March 7, 2024. Dkt. 35. This case is closed.

---

[1] Claimants Andrew Penuela, Koushik Charan, Jill Molaris, Maria Smythe, Jessica Wilshire, and Daymond Walton, represented by Plaintiffs' Counsel, then filed a class action lawsuit. *Penuela v. Wells Fargo Bank, N.A., et al.*, 3:24-cv-02098-BJC-SBC (S.D. Cal.) at Dkt. 1. Plaintiffs in this action had their claims dismissed without prejudice on January 10, 2024, and they seek to represent several classes of Wells Fargo customers "whose claims have been dismissed from arbitration without a substantive hearing, or have not yet filed their claim in arbitration."

[2] On September 26, 2024, Plaintiffs' Counsel filed *Bacigalupi v. Wells Fargo Bank, N.A.*, et. al., 3:25-cv-00824-BJC-SBC. The original plaintiff in that action, Joseph Bacigalupi, died after the complaint was filed, so Plaintiffs' Counsel filed an amended complaint with Marlene Wagman-Geller as the named plaintiff. Plaintiff seeks to represent several classes of Wells Fargo customers and claims that Wells Fargo and AAA "materially misrepresented the arbitration process and fraudulently induced customers to give up their right to litigate their claims in court."

| | | |
|---|---|---|
| DATED: | May 9, 2025 | **MCGUIREWOODS LLP** |

By:*/s/ Alicia A. Baiardo*
Alicia A. Baiardo
Todd J. Dressel
Amy Morrissey Turk (*pro hac vice*)

*Attorneys for Defendants Wells Fargo Bank, N.A. and Wells Fargo & Co.*

| | | |
|---|---|---|
| DATED: | May 9, 2025 | **MCCUNE LAW GROUP, APC** |

By:*/s/ Emily J. Kirk*
Richard D. McCune
Steven A. Haskins
Valerie L. Savran
Emily J. Kirk

*Attorneys for Plaintiffs*

**ATTESTATION**

In compliance with CASD ECF Policies and Procedures Section 2-f(4) regarding Stipulations and Other Documents Requiring Multiple Signatures, I hereby attest that I have obtained the concurrence in the filing of this document from all signatories.

By: */s/ Alicia A. Baiardo*
Alicia A. Baiardo

# CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2025 I electronically filed the foregoing document entitled **JOINT STATUS REPORT** with the Clerk of the Court for the United States District Court, Southern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

/s/ *Alicia A. Baiardo*
Alicia A. Baiardo